UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | HON. WILLIAM H. WALLS |
| : | |
| : | CRIMINAL NO. 06-842 (WHW) |
| v. : | |
| : | |
| : | ORDER |
| : | |
| SHAMMAR SIMMONS, : | |
| : | |
| Defendant : | |

THIS MATTER having come before the Court upon allegations that the defendant SHAMMAR SIMMONS violated certain conditions of his supervised release imposed on or about December 19, 2001, in the Eastern District of Virginia, with jurisdiction transferred to the District of New Jersey; and the defendant having appeared before this Court on June 3, 2009, and entered a plea of guilty to Violation Number One, Grade A violation, of the Petition for Warrant or Summons for Offender Under Supervision filed by the United States Probation Office on December 5, 2006 (hereinafter the "Petition"); and the defendant having provided a factual basis for the entry of his guilty plea to the violation; and the Court having heard arguments by the government (by Randall Cook, Assistant U.S. Attorney, appearing), and by the defendant (by K. Anthony Thomas, Assistant Federal Public Defender, appearing); and for good cause shown;

IT IS, on this ____3____ day of June, 2009;

ORDERED that defendant SHAMMAR SIMMONS is hereby adjudged guilty of Violation Number One of the Petition; and it is further

ORDERED that defendant SHAMMAR SIMMONS's present term of Supervised Release is revoked; and it is further

ORDERED that a new term of Supervised Release of eleven (11) months shall be imposed; and it is further

ORDERED that as a Special Condition of Supervised Release, SHAMMAR SIMMONS shall serve eleven (11) months in a half-way house as designated by the United States Probation Office; and it is further

ORDERED that all Standard Conditions of Supervised Release shall remain in force until the expiration of the eleven (11) month term.

HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE