PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Shammar Simmons             Cr.: 06-00842-001
                                                                                                     PACTS No: 30647

Name of Sentencing Judicial Officer: Honorable William H. Walls, U.S. District Judge

Date of Original Sentence: 12/19/01 (ED/VA)

*Transfer of Jurisdiction to D/NJ: 10/16/06*

Violation of Supervised Release: 06/03/09

Original Offense: Conspiracy to Steal Firearms from a Federally Licensed Firearms Dealer; Possession of a Stolen Firearm

Original Sentence: 24 months imprisonment; 3 years supervised release; $200 total special assessment; $34,651.47 restitution. Special conditions: Drug/Alcohol Treatment or Urinalysis; Financial Disclosure; Mental Health Treatment; Motor Vehicle Restrictions.

Re-sentence on Violation: Supervision revoked; 11 months supervised released imposed. As a special condition of supervision, 11 months to be served in a halfway-house; previous conditions continued.

<u>Type of Supervision: Supervised Release</u>                       <u>Date Supervision Commenced: 06/08/09</u>

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>      <u>Nature of Noncompliance</u>

1                  On June 8, 2009, the offender entered the Residential Reentry Center (Toler House) to serve his 11-month term of supervised released. On September 23, 2009, Simmons was discharged as a program failure after sustaining nine incident reports.



PROB 12A - Page 2
Shammai Simmons

U.S. Probation Officer Action:

The Probation Office has intensified supervision efforts to include increased office reporting, random urinalysis, and community contact with the offender. The offender is gainfully employed and enrolled in the BuildingWorks pre-apprenticeship program. Our office recommends withholding Court action at this time. The Probation Office will keep the Court apprised of the offender's adjustment to supervision.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 10/27/09

[✓] Withhold Court Action
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

4 November 2009
Date